United States District Court For
Southern District of Indiana

Wesley I. Purkey,
        Petitioner,

vs.

                                Case No.

J. Watson, Warden
        USP/TH
        Respondent.        2:19-cv-0230 JPH DLP

Petition To Expedite Execution of
    Petitioner's Death Sentence
    Pursuant to 28 U.S.C. § 2241

The Petitioner Wesley I. Purkey ("Purkey or petitioner") acting pro se here, is a Federal Death Sentenced prisoner housed at the United States Penitentiary (USP) Terre Haute, a prison facility located at Terre Haute, Indiana. The petitioner files this petition pursuant to 28 U.S.C § 2241 Requesting that the Court issue an order mandating the Respondent to expedite Purkay's sentence of Death as warranted under law.

Introduction:

On January 23, 2004 U.S. District Judge

-1-

Coiton sentenced Purkey to Death after a jury found him guilty of Kidnapping Resulting in Death and Recommended a sentence of Death (WDMO Case No. 01-CR-00308-FJG-DCA 506). Purkey has availed himself of all collateral appeals and post-conviction remedies without success. A copy of the judgment order is attached and marked as exhibit (A).

## Jurisdiction

As a general matter, a federal prisoner must challenge the execution of a Sentence under 28 U.S.C. § 2241 and the sentence itself under 28 U.S.C. § 2255 Webster v. Daniels 784 F.3d 1123, 1126 (7th Cir. 2015). Here Purkey only challenges the execution of his Sentence, not the Sentence itself.

## Grounds For Relief

The collateral challenges were completely exhausted in early 2014. Purkey v. U.S. 729 F.3d 860 (8th Cir. 2013) cert Denied 135 S. Ct. 355 (2014). No further appellate Remedies are available for Turkey to challenge the legality of his Death sentence or conviction.

## Other Issues Germane

-2-

To Purkey's §2241 Petition

1. In 2016 Purkey was diagnosis suffering dementia, whereas he has been denied medical treatment for such.

2. Since early 2014 Purkey has and continues to suffer serious Dental problems causing extreme pain, bleeding and infection to his gums because of broken dental plates.

3. Special Confinement Unit (SCU) staff have made clear as C.O. Meiten did this date that you have absolutely no rights on this unit, and if you continue to file grievances and make complaints on us you will be issued disciplinary reports. In fact on this date as in the protracted 5 or 6 years subjected Purkey to fabricated disciplinary action, denied him access to the law library and subjected him to a plethora of reprisals for Purkey addressing issues of his confinement and assisting other inmates with issues of their Death Row confinement.

4. Other issues of Retaliation by SCU staff have been forcing Purkey to reside in feces covered cells and/or inciting other inmates against Purkey.

-3-

labeling him as a snitch. As SClA Case Manager Shepherd has reiterated, "Your Self-less filing of Complaints and helping other inmates with litigation is at the Root of your problems.

## Conclusion

The Court Should find that Purkey's Petition Requesting the Court to issue an Order to Warden J. Watson to expedite Purkey's execution is cognizable under 28 U.S.C. $2241 and issue such mandate.

Dated:                    Respectfully Submitted,
May 6th, 2019

Wesley I. Purkey 14679-045
USP/TH
P.O. Box 33
Terre Haute, IN
                    47808
Petitioner/Pro Se

- 2 -