May 6th, 2019

Laura Briggs
U.S. Dist. Courthouse
921 OHIO ST
Terre Haute, IN 47807

Re: Filing Petition Pursuant to:
28 U.S.C. § 2241

Dear Ms. Briggs,

Please find enclosed my Petition for filing with the Court pursuant to 28 U.S.C. § 2241. I have enclosed the original, plus one (1) copy for filing with the Court, as well as another copy for a file stamp and Return —

Thank you for your attention to this filing.

Sincerely,

Wesley I. Turkey
Petitioner (PRO SE