Laura Briggs
U.S. Dist. Courthouse
921 OHIO ST
Terre Haute, IN 47807
United States

FILED
DISTRICT COURT
INDIANAPOLIS DIVISION

2019 JUN 25 PM 4: 52

June 19th, 2019    DISTRICT
OF INDIANA
L. A. BRIGGS
CLERK

Re: Purkey v. Watson, # _____

2:19-CV-230-JPH-DLP

Dear Ms. Briggs,

    This correspodence request withdraw of the 28 U.S.C. § 2241 filed recently, i.e. caption was designated as Purkey v. Wetson, whereas the filing fee was recently returned. If I need to file a formal motion to the court for such rescinding of such § 2241 Petition please advise.

    Thank you for your attention to this matter.

Sincerely,

Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808
Petitioner/pro se

cc: file