Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808

RECEIVED

JUN 2 4 2019

U.S. CLERK'S OFFICE

L E G A L

M A I L

⇔14679-045⇔
Laura Briggs
U.S. Dist. Courthouse
921 OHIO ST
Terre Haute, IN 47807
United States

INMATE
IDENTIFICATION
CONFIRMED

FOREVER USA

PURPLE HEART

47807-373899