UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| WESLEY I. PURKEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00230-JPH-DLP |
| | ) | |
| J. WETSON, | ) | |
| | ) | |
| Respondent. | ) | |

### Order Granting Motion to Voluntarily Dismiss

Petitioner's motion to voluntarily dismiss this action, dkt. [4], is **granted** to the extent that

it is **effective** as a notice of dismissal pursuant to Rule 41(a)(1)(A) of the *Federal Rules of Civil*

*Procedure*. No final judgment is required under these circumstances.

The clerk is **directed** to close this action on the docket.

**SO ORDERED.**

Date: 6/28/2019

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

WESLEY I. PURKEY
14679-045
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808